UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

FILED
JUN 10 2015
CLERK'S OFFICE
U.S. DISTRICT COURT
EASTERN MICHIGAN

KEVIN COOPER and BRENDA COOPER,

    Plaintiff,

vs.

TEMPLE-INLAND, INC. et al.,

    Defendants.

CASE NO.: 13-cv-12740
Hon. Judith Levy

_____/

## JURY NOTES

Your Honor,

May we please take a look at the projected income loss reports from Mr. Chapski and the exhibit binder.

Your Honor,

May we please be provided a calculator also.