UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Kevin Cooper and Brenda Cooper,

                Plaintiffs,    Case No. 13-cv-12740
                                   Hon. Judith E. Levy
v.                                         Mag. Judge Michael J. Hluchaniuk

Temple-Inland, Inc. and
International Paper Co.,

                Defendants.

_____/

## **SATISFACTION OF JUDGMENT**

NOW COME the parties, plaintiffs KEVIN COOPER and BRENDA COOPER and Defendants INTERNATIONAL PAPER COMPANY and TEMPLE-INLAND, INC., by their respective counsel with permission, and hereby stipulate that the judgment in this case has been settled and satisfied, without admission of liability, pursuant to a confidential settlement agreement on July 28, 2015.

This document resolves the last pending issue between these parties and closes this case, with prejudice, and without costs or attorney fees taxed to either party.

| By:/s/ Arvin J. Pearlman w/consent | By: /s/ Thomas G. Cardelli |
|---|---|
| Arvin J. Pearlman (P18743) | Thomas G. Cardelli (P31728) |
| Elaine L. Livingway (P39307) | Cardelli Lanfear |
| Marianne M. Hall (P69753) | Attorney for Defendants |

| | |
|---|---|
| Arvin J. Pearlman and Associates<br>Attorneys for Plaintiff<br>24725 W. 12 Mile Road<br>Suite 220<br>Southfield, MI  48034<br>(248) 356-5000<br>apearlman@pearlmanpi.com | 322 W. Lincoln Ave.<br>Royal Oak, MI 48067<br>(248) 544-1100<br>tcardelli@cardellilaw.com<br><br>By: /s/ Matthew K. Buck<br>Matthew K. Buck (0067319)<br>Attorney for Defendants<br>International Paper<br>6400 Poplar Ave.<br>Memphis, TN 38197<br>Matthew.buck@ipaper.com<br>(901) 419-6903 |

## ORDER

The above stipulation is accepted and entered as an order by the Court.

IT IS SO ORDERED.

| | |
|---|---|
| Dated: August 31, 2015<br>Ann Arbor, Michigan | s/Judith E. Levy<br>JUDITH E. LEVY<br>United States District Judge |

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on August 31, 2015.

s/Felicia M. Moses
FELICIA M. MOSES
Case Manager
